**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOSHUA NICOLAS SANCHEZ LOPEZ,<br><br>                    Defendant. | Case No. _____<br>              25MJ1212<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of<br>Methamphetamine, Heroin and<br>Fentanyl (Felony) |

The Acting United States Attorney charges:

<u>Count 1</u>

On or about March 15, 2025, within the Southern District of California, defendant, JOSHUA NICOLAS SANCHEZ LOPEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

<u>Count 2</u>

On or about March 15, 2025, within the Southern District of California, defendant, JOSHUA NICOLAS SANCHEZ LOPEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

JABA:cm:4/2/2025

Count 3

On or about March 15, 2025, within the Southern District of California, defendant, JOSHUA NICOLAS SANCHEZ LOPEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 4/2/25 .

ANDREW R. HADEN
Acting United States Attorney

*/s/ Julie A. Bauman*

JULIE A. BAUMAN
Assistant U.S. Attorney